FILED

JAN 05 2024

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY SAV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* WADE RINER,<br>Plaintiffs,<br>v.<br>RANCHO SANTA FE ASSOC., *et al.*,<br>Defendants. | Case No.: 22-CV-1285-GPC (KSC)<br>~~[PROPOSED]~~ **ORDER FOR PARTIAL DISMISSAL OF CERTAIN (3 of 34) DEFENDANTS** |

Pursuant to the Joint Motion for Partial Dismissal of Certain Defendants filed by the United States and Relator Wade Riner, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Relator dismisses with prejudice all claims in this action brought against Defendants Glendora Country Club, Pine Mountain Lake Association, and Rancho Santa Fe Association on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733; and

2. the United States dismiss with prejudice the claims against Defendants Glendora Country Club, Pine Mountain Lake Association, and Rancho Santa Fe Association, for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, the Relator, and Defendants:

- Glendora Country Club, effective November 16, 2023;

- Pine Mountain Lake Association, effective November 21, 2023; and
- Rancho Santa Fe Association, effective December 11, 2023,

and the United States otherwise dismisses the action as to Defendants Glendora Country Club, Pine Mountain Lake Association, and Rancho Santa Fe Association only, without prejudice to the United States.

**IT IS FURTHER ORDERED** that, in accordance with the Court's previous order extending the intervention determination and seal deadline to March 3, 2024, and subject to the Court's previous orders for limited partial lifting of the seal, the United States shall have until and including March 3, 2024, within which to notify the Court of its decision whether to intervene in this action as to the remaining Defendants, and during which time the Complaint and all other filings shall remain under seal until further order of this Court.

**IT IS SO ORDERED.**

DATED: 01/04/24

[signature]
HON. GONZALO P. CURIEL
United States District Judge

cc: Counsel for the United States
Counsel for Relator