SEALED

FILED
MAY 28 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.* WADE RINER,

Plaintiffs,

v.

RANCHO SANTA FE ASSOC., *et al.*,

Defendants.

Case No.: 22-CV-1285-GPC (KSC)

~~[PROPOSED]~~ ORDER FOR DISMISSAL OF DEFENDANT THE PALMS GOLF CLUB

UNDER SEAL

Pursuant to the Joint Motion for Dismissal of Defendant The Palms Golf Club filed by the United States and Relator Wade Riner, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Relator dismisses with prejudice all claims in this action brought against Defendant The Palms Golf Club on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733; and

2. the United States dismisses with prejudice the claims against Defendant The Palms Golf Club for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, the Relator, and Defendant The Palms Golf Club effective May 7, 2024, and the United States otherwise dismisses the action as to Defendant The Palms Golf Club without prejudice to the United States.

///

**IT IS FURTHER ORDERED** that, in accordance with the Court's previous order extending the intervention determination and seal deadline to June 4, 2024, and subject to the Court's previous orders for limited partial lifting of the seal, the United States shall have until and including June 4, 2024, within which to notify the Court of its decision whether to intervene in this action as to the remaining Defendant, and during which time the Complaint and all other filings shall remain under seal until further order of this Court.

**IT IS SO ORDERED.**

DATED: 5/28/24

HON. GONZALO P. CURIEL
United States District Judge

cc: Counsel for the United States
Counsel for Relator